August 13, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-15-00623-CV                    V.

CBS OUTDOOR INC., A DELAWARE CORPORATION, Appellee

_____

Today the Court heard the parties' joint motion to set aside the judgment signed by the court below on March 10, 2014, with respect to Outfront Media LLC, formerly CBS Outdoor, Inc. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.